Harry MAHRER, Plaintiff-Appellant, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, Defendant-Appellee.

No. 462.

Circuit Court of Appeals, Second Circuit.
July 12, 1937.

William Fried, of New York City (Vine H. Smith, of Brooklyn, N. Y., and Victor Deutsch and Milton H. Greenwald, both of New York City, of counsel), for appellant.

Charles E. Miller, of New York City (William A. Dempsey and John J. McElhinny, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order and judgment affirmed.

Homer ORR v. UNITED STATES of America.

No. 1562.

Circuit Court of Appeals, Tenth Circuit.
Aug. 7, 1937.

Chal S. Wheeler, of Muskogee, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl.

Before LEWIS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant, at appellant's costs.

OSTEOPATHIC SANITORIUM CO., Appellant, v. Carolyn G. STEVENS.

No. 10969.

Circuit Court of Appeals, Eighth Circuit.
July 3, 1937.

S. H. Ellison and Arthur Campbell, both of Kirksville, Mo., Roy Hamlin, of Hannibal, Mo., and Waldo Edwards, George N. Davis, and Charles W. Shelton, all of Macon, Mo., for appellant.

C. E. Schindler, of Louisville, Ky., and Rendlen, White & Rendlen, of Hannibal, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant, but without taxation of statutory attorney's docket fee in this court, pursuant to stipulation of parties.